UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

IN RE:  CIVIL CONFERENCES                                    **ORDER**

-------------------------------------------------------------------x

Seibel, J.

     Beginning March 16, 2020, all parties to civil conferences may attend by phone, using the following information:

     <u>Toll-Free Number</u>:  (877) 336-1839
     <u>Access Code</u>:  1047966

     The parties should call in from a landline and announce their names before speaking. This Order is subject to revocation at any time.

**SO ORDERED.**

Dated: March 12, 2020
      White Plains, New York

                                                      _____
                                                      CATHY SEIBEL, U.S.D.J.